No. 314. Ex PARTE JUAN GREGORY, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se dé por terminada la fianza notarial No. 803 otorgada por dicha compañía en enero 30, 1911. Resuelto en julio 11, 1913, por resolución del Sr. Presidente sin la intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en septiembre 9, 1913.

---

No. 121. Ex PARTE JOSÉ C. RODRÍGUEZ CEBOLLERO, NOTARIO PÚBLICO.—Aviso de la National Surety Company para que se dé por terminada la fianza notarial No. 433 otorgada por dicha compañía en marzo 23, 1910. Resuelto en julio 11, 1913, por resolución del Sr. Presidente sin la intervención de los demás jueces, de acuerdo con la ley. Se da por terminada dicha fianza para tener efecto en septiembre 9, 1913.

---

No. 927. DE JESÚS, DEMANDANTE Y APELADA, v. SUCESIÓN PÉREZ VILLAMIL, DEMANDADA Y APELANTE.—Apelación procedentedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se apruebe la fianza de apelación a la Corte Suprema de los Estados Unidos. Resuelto en agosto 12, 1912, por medio de opinión emitida por el Juez Asociado de turno Sr. del Toro. Denegada la aprobación de la fianza. Abogado de la apelada: *Sr. José G. Torres.* Abogados de la apelante: *Sres. Bosch y Soto.*